UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GE CAPITAL SMALL BUSINESS FINANCE CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>PAUL G. JAMESON, *et al.*,<br><br>             Defendants. | No. C06-0136RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on "Plaintiff's Motion for Summary Judgment on Guarantees." Dkt. # 10. Although the parties stipulated to a continuation of this motion, neither defendant filed an opposition. Plaintiff's motion is, therefore, GRANTED.

Plaintiff is entitled to judgment against defendant Paul G. Jameson, individually, and against defendant James A. Slazas, individually and his marital community, jointly and severally, in the amount of $253,606.19, plus pre-judgment interest at the rate of $58.60 per day from March 16, 2006, until the date of judgment, plus post-judgment interest at the maximum legal rate from the date of judgment until the judgment is satisfied. Plaintiff is also entitled to an award of reasonable attorney's fees and costs, the amount of which will be determined by subsequent motion.

ORDER GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT

The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendants in this matter.

DATED this 9th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik,
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT                -2-