The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GE CAPITAL SMALL BUSINESS FINANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL G. JAMESON, individually, and the marital community composed of PAUL G. JAMESON and KATHRYN A. BROCK, his wife; and JAMES A. SLAZAS, individually, and the marital community composed of JAMES A. SLAZAS and "JANE DOE" SLAZAS, his wife,<br><br>Defendants. | NO.   CV06-0136RSL<br><br>**AMENDED JUDGMENT** |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment creditor | GE Small Business Finance Corporation |
| Attorneys for judgment creditor | Kevin A. Bay and Daniel M. Caine<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101 |
| Judgment debtors | Paul G. Jameson<br>James A. Slazas and his marital community |

AMENDED JUDGMENT - 1

Ryan, Swanson &
Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034

458804.01

| | |
|---|---|
| Attorneys for judgment debtors | **Attorneys for James A. Slazas and his marital community**<br>Armand J. "Jay" Kornfeld, Esq.<br>Bush Strout & Kornfeld<br>601 Union Street, #5500<br>Seattle, WA 98101-2373 |
| | **Attorneys for Paul G. Jameson**<br>Donald A. Bailey, Esq.<br>Shafer & Bailey<br>1218 Third Avenue, #1808<br>Seattle, WA 98101 |
| Principal Judgment Amount | $253,606.19 |
| Prejudgment Interest at $58.60 per day from 3/16/06 through 6/12/06, the date of the original judgment (88 days) | $   5,156.80 |
| Attorneys Fees | $   8,275.75 |
| Costs | $      543.85 |
| Total Judgment Amount | $267,582.59 |

## JUDGMENT

This matter came before the Court on Plaintiff's Motion For Award of Attorneys' Fees and Costs and Entry of Amended Judgment. The Court considered the motion, supporting declaration, any responsive pleadings from defendants, its prior order granting the plaintiff's motion for summary judgment and the files and records in this case and finds that plaintiff is entitled to an award of attorneys' fees and costs and that the attorneys' fees and costs requested are reasonable and were necessary for the prosecution of this action.

Therefore, the Court, being otherwise fully advised, ORDERS, ADJUDGES AND DECREES as follows:

AMENDED JUDGMENT - 2

458804.01

Ryan, Swanson &
Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034

1. Judgment is hereby entered in favor of plaintiff GE Capital Small Business Finance Corporation and against defendants Paul Jameson individually, and James Slazas and his marital community, in the principal amount of $253,606.19

2. In addition, plaintiff is awarded reasonable attorneys' fees of $8,275.75 and costs of $543.85.

3. The plaintiff is entitled to pre-judgment interest at the rate of $58.60 per day from March 16, 2006 through June 12, 2006, the date of the original judgment, for a total amount of $5,156.80 in pre-judgment interest.

4. Plaintiff is entitled to post-judgment interest at the maximum federal rate from June 13, 2006 until the judgment is satisfied in full.

DONE IN OPEN COURT this 28th day of August 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED JUDGMENT - 3

458804.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034